**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Massachusetts _____
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | LB Ventures, LLC | |
| 2. **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | LB Ventures Group, LLC; | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | __ __ – __ __ __ __ __ __ __ | |
| 4. **Debtor's address** | **Principal place of business**  433 Quincy Shore Drive  Number    Street  _____  Quincy            MA    02171  City        State    ZIP Code  NORFOLK  County | **Mailing address, if different from principal place of business**  _____  Number    Street  _____  P.O. Box  _____  City    State    ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number    Street  _____  _____  City    State    ZIP Code |
| 5. **Debtor's website** (URL) | _____ | |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 1

Debtor     LB Ventures, LLC_____    Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5  4  1  6

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.   District _____   When _____   Case number _____
                                      MM / DD / YYYY
            District _____   When _____   Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.   Debtor _____   Relationship _____
         District _____   When _____
                                                  MM / DD / YYYY
         Case number, if known _____

Debtor    LB Ventures, LLC
          Name                                                                    Case number (*if known*)_____

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?**_____<br>　　　　　　　　　　　　Number　　　Street<br>_____<br>_____<br>City　　　　　　　　　　　　　　State　　ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>　　Contact name _____<br>　　Phone _____ |

| **Statistical and administrative information** |
|---|

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☒ 1-49　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000<br>☐ 50-99　　　　☐ 5,001-10,000　　　☐ 50,001-100,000<br>☐ 100-199　　　☐ 10,001-25,000　　　☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　　　☒ $1,000,001-$10 million　　　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　　☐ $100,000,001-$500 million　　☐ More than $50 billion |

Official Form B201　　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　　page **3**

Debtor  LB Ventures, LLC                                    Case number (*if known*)_____
         Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/04/2016
             MM / DD / YYYY

✗ /s/ Luis M. Barros                                  Luis M. Barros
Signature of authorized representative of debtor      Printed name

Title  Manager

**18. Signature of attorney**

✗ /s/Joseph G. Butler                                 Date  10/04/2016
Signature of attorney for debtor                            MM / DD / YYYY

Joseph G. Butler
Printed name

Law Office of Joseph G. Butler
Firm name

355 Providence Highway
Number        Street

Westwood                                    MA        02090-1909
City                                        State     ZIP Code

(781) 636-3638                              JGB@JGButlerlaw.com
Contact phone                               Email address

544284                                      MA
Bar number                                  State

Official Form B201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

# UNITED STATES BANKRUPTCY COURT
## MASSACHUSETTS

In Re:

    LB Ventures, LLC,

          Debtor

Case No.

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Luis M. Barros<br>433 Quincy Shore Drive<br>Quincy, MA 02171 | | 100% | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Luis M. Barros, Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date: 10/04/2016

Signature: Luis M. Barros
Printed Name: Luis M. Barros
Title: Manager

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

UNITED STATES BANKRUPTCY COURT
Massachusetts

In re:

LB Ventures, LLC,

Debtor(s)

Case No. BKY

Chapter 11 Case

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Luis M. Barros, declare under penalty of perjury that I am the Manager of LB Ventures, LLC, a Delaware corporation and that on October 4, 2016 the following resolution was duly adopted by the Members of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Luis M. Barros, Manager of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Luis M. Barros, Manager of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Luis M. Barros, Manager of this corporation, is authorized and directed to employ Joseph G. Butler, attorney and the law firm of Law Office of Joseph G. Butler to represent the corporation in such bankruptcy case."

| Executed on:  10/04/2016 | Signed:  /s/Luis M. Barros |
|---|---|
|  | Luis M. Barros 433 Quincy SHore Drive, Quincy, MA   02171 (*Name and Address of Subscriber*) |

# United States Bankruptcy Court
## Massachusetts

In re **LB Ventures, LLC**　　　　　　　　　　　Case No.

　　　Debtor.　　　　　　　　　　　　　　　　Chapter **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now __**LB Ventures, LLC**_____ (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

OR,

__**X**__ There are no entities to report.

By: __/s/Joseph G. Butler_____
　　**Joseph G. Butler**
　　Signature of Attorney

　　Counsel for **LB Ventures, LLC**
　　Bar no.: **544284**
　　Address.: **355 Providence Highway**
　　　　　　**Westwood, Massachusetts 02090-1909**

　　Telephone No.: **(781) 636-3638**
　　Fax No.: **(781) 493-6998**
　　E-mail address: **JGB@JGButlerlaw.com**

Celtic Bank Corporation
268 S. State Street
Suite 300
Salt Lake City, UT 84111


Endeavor Capital Finance, LLC
404 South Huntington Avenue
Boston, MA 02130


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Luis Barros
Shore Drive
Quincy, MA 02171


Maria Barros
427 Quincy SHore Drive
Quincy, MA 02171


Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9554
Boston, MA 02114


Michael B. Cremin
19442 Tarpon Woods Court
Fort Myers, FL 33903


Rosemary Traini
Law Offices of Rosemary Traini LLC
404 South Huntington Avenue
Boston, MA 02130


U.S. Small Business Administration
10 Causeway Street
Room 265
Boston,  02222-1093

```
U.S. Small BUsiness Administration
409 3rd Street SW
Washington, DC 20416
```

**UNITED STATES BANKRUPTCY COURT**
**Massachusetts**

In re: **LB Ventures, LLC**

Debtors

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: 10/04/2016      Signed: /s/Luis M. Barros

Dated: _____      Signed: _____

Signed: /s/Joseph G. Butler    10/04/2016

**Joseph G. Butler**
**Attorney for Debtor(s)**
**Bar no.: 544284**
**355 Providence Highway**
**Westwood, Massachusetts 02090-1909**
**Telephone No: (781) 636-3638**
**Fax No: (781) 493-6998**

**E-mail address: JGB@JGButlerlaw.com**